United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANE MCENTEE,

        Plaintiff,

   v.

SANTA CLARA COUNTY OFFICE OF EDUCATION,

        Defendant.

Case No.  25-cv-08008-PCP

**CASE MANAGEMENT ORDER**

Based on the joint case management statement and the discussions held at the case management conference, the following schedule is set for this case:

**Deadlines**

- Joinder and Other Amendments         January 30, 2026
- Completion of ADR         July 24, 2026
- Fact Discovery Cutoff         November 1, 2026
- Designation of Opening Experts with Reports         February 1, 2027
- Designation of Rebuttal Experts with Reports         March 1, 2027
- Expert Discovery Cutoff         March 22, 2027
- Filing of Dispositive/*Daubert* Motion(s)         March 29, 2027
- Trial Setting Conference         July 20, 2027

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an

amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: May 11, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

2